| ONLIPROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* CR 05-02033-001-TUC-CKJ(JM) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 13-60027-TP-RSR |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: FERNANDO ARANGO | DISTRICT District Of Arizona | DIVISION Tucson |
|---|---|---|
| | NAME OF SENTENCING JUDGE Cindy K. Jorgenson | |
| FILED / RECEIVED  2  AUG 15 2013  CLERK U S DISTRICT COURT DISTRICT OF ARIZONA | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/08/13 | TO 03/07/16 |

| OFFENSE |
|---|
| 21 U.S.C. §841(a)(1) &(b)(1)(A)(ii)(II) and 846: Attempted Possession with Intent to Distribute Cocaine |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ARIZONA</u>

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF FLORIDA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_6-18-13_
Date

_[signature]_
Honorable Cindy K. Jorgenson
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_8/7/13_
Effective Date

_[signature]_
United States District Judge

UNITED STATES DISTRICT COURT
**PROBATION OFFICE**
DISTRICT OF ARIZONA

# MEMORANDUM

**Date:** June 18, 2013

**From:** Tina S. Valdez
Senior Administrative Assistant to USPO
Office: (602) 682-4312

**Re:** ARANGO, Fernando
**Docket No. CR 05-02033-001-TUC-CKJ(JM)**
**TRANSFER OF JURISDICTION**

**To:** Honorable Cindy K. Jorgenson
U.S. District Judge

On February 13, 2007, Arango was sentenced to 108 months prison and 36 months supervised release following a plea of guilty to Attempted Possession with Intent to Distribute Cocaine, a violation of 21 U.S.C. §841(a)(1) & (b)(1)(A)(ii)(II) and 846. Supervised release commenced in the Southern District of Florida March 8, 2013, and will expire March 7, 2016.

As Arango has no intention of relocating, the Southern District of Florida is requesting transfer of jurisdiction. Transfer of jurisdiction will allow their district to readily address any court issues should it become necessary.

If your Honor approves the transfer of jurisdiction to the Southern District of Florida, please indicate below and on the attached forms.

Approved: _____[signature]_____, Date: 6-18-13.

Disapproved: _____, Date: _____.

Consult with the Court: _____, Date: _____.

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
### DISTRICT OF ARIZONA

# MEMORANDUM

**Date:** August 15, 2013

**From:** Julie A. Blanton
Sr. Administrative Assistant to the Probation Officer

**Re:** ARANGO, Fernando
**Docket Number: CR-05-02033-001-TUC-CKJ(JM)**
**Transfer of Jurisdiction**

**To:** CLERK'S OFFICE - INTAKE/DOCKETING

Attached is a copy Probation 22 Form, transferring jurisdiction out to the Southern District of Florida on **August 7, 2013.**

Thank you and if you have any questions, please contact me at 205-4538.

Attachments: (1) copy Prob 22
    Memorandum